# Third District Court of Appeal

## State of Florida

Opinion filed April 17, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D22-1781, & 3D23-2187
Lower Tribunal Nos. F18-6290A, F17-1718, F17-8033, & F17-3147

_____

**Felipe Jahvory Martinez**,
Appellant,

vs.

**The State of Florida,**
Appellee.


Appeals conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Zachary James, Judge.

Felipe Jahvory Martinez, in proper person.

Ashley Moody, Attorney General, and Sandra Lipman, Senior Assistant Attorney General, for appellee.


Before SCALES, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.